UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliancer with D.N.J. LBR 9004-2(c)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
(609) 250-0700
dcarlon@kmllawgroup.com
Attorney for Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not in its Individual Capacity, but Solely as Indenture Trustee of Citigroup Mortgage Loan Trust 2015-RP2



**Order Filed on May 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  18-27906-ABA

Judge:  Andrew B. Altenburg Jr.

Chapter:  13

In Re:
Donald K. Painter, Jr. aka Donald K. Painter aka Donald Painter aka Donald Kyle Painter, Jr. aka Donald Painter, Jr.
                                                    Debtor

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on September 24, 2018:

Property: 227 Logwood Avenue, Carneys Point, NJ 08069

Creditor: Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not in its Individual Capacity, but Solely as Indenture Trustee of Citigroup Mortgage Loan Trust 2015-RP2

and a Request for

☐ Extension of the 90 day Loss Mitigation Period having been filed by_____.

☒ Early Termination of the Loss Mitigation Period having been filed by Fay Servicing, LLC, as servicer for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not in its Individual Capacity, but Solely as Indenture Trustee of Citigroup Mortgage Loan Trust 2015-RP2, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective April 8, 2019.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-27906-ABA
Donald K. Painter, Jr.                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: May 06, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2019.
db             Donald K. Painter, Jr.,    277 Logwood Avenue,    Carneys Point, NJ    08069-2283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana
               Trust, Not in its Individual Capacity, but Solely as Indenture Trustee of Citigroup Mortgage
               Loan Trust 2015-RP2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Wilmington Savings Fund Society hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              S. Daniel Hutchison    on behalf of Debtor Donald K. Painter, Jr. sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5