Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–27906–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donald K. Painter Jr.
   aka Donald K. Painter, aka Donald Painter,
   aka Donald Painter Jr., aka Donald Kyle
   Painter Jr.
   277 Logwood Avenue
   Carneys Point, NJ 08069–2283

Social Security No.:
   xxx–xx–3281

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            February 21, 2020
Time:           09:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*58* – Certification in Opposition to (related document:57 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/21/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by S. Daniel Hutchison on behalf of Donald K. Painter Jr.. (Hutchison, S.)

and transact such other business as may properly come before the meeting.

Dated: January 8, 2020
JAN: lgr

                                                           Jeanne Naughton
                                                           Clerk