Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−27906−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donald K. Painter Jr.
   aka Donald K. Painter, aka Donald Painter,
   aka Donald Painter Jr., aka Donald Kyle
   Painter Jr.
   277 Logwood Avenue
   Carneys Point, NJ 08069−2283

Social Security No.:
   xxx−xx−3281

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            February 21, 2020
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**58** − Certification in Opposition to (related document:57 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 01/21/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by S. Daniel Hutchison on behalf of Donald K. Painter Jr.. (Hutchison, S.)

and transact such other business as may properly come before the meeting.


Dated: January 8, 2020
JAN: lgr

                                                                Jeanne Naughton
                                                                Clerk

```
United States Bankruptcy Court
       District of New Jersey
```

In re:                                                                  Case No. 18-27906-ABA
Donald K. Painter, Jr.                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jan 08, 2020
                              Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db             Donald K. Painter, Jr.,    277 Logwood Avenue,    Carneys Point, NJ  08069-2283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana
               Trust, Not in its Individual Capacity, but Solely as Indenture Trustee of Citigroup Mortgage
               Loan Trust 2015-RP2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Wilmington Savings Fund Society hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Melissa N. Licker    on behalf of Creditor    Wilmington Savings Fund Society
               NJ_ECF_Notices@mccalla.com
              S. Daniel Hutchison    on behalf of Debtor Donald K. Painter, Jr. sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7