| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Donald K. Painter Jr. | Social Security number or ITIN: | xxx–xx–3281 |
| | First Name  Middle Name  Last Name | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: EIN: | _ _ _ _  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    9/6/18 |
| Case number: | 18–27906–ABA | Date case converted to chapter: | 7    3/18/20 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Donald K. Painter Jr. | |
| 2. | **All other names used in the last 8 years** | aka Donald K. Painter, aka Donald Painter, aka Donald Painter Jr., aka Donald Kyle Painter Jr. | |
| 3. | **Address** | 277 Logwood Avenue<br>Carneys Point, NJ 08069–2283 | |
| 4. | **Debtor's attorney**<br>Name and address | S. Daniel Hutchison<br>Law Office of S. Daniel Hutchison<br>135 North Broad St.<br>Woodbury, NJ 08096 | Contact phone (856) 251–1235<br><br>Email: sdhteamlaw@outlook.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph Marchand<br>117–119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302 | Contact phone (856) 451–7600 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 856–361–2300<br><br>Date: 3/19/20 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 8, 2020 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/7/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-27906-ABA
Donald K. Painter, Jr.                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Mar 19, 2020
                              Form ID: 309A            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
```
db              Donald K. Painter, Jr.,    277 Logwood Avenue,    Carneys Point, NJ  08069-2283
517743659      +CBNA/Citibank,    Attn: Bankruptcy Department,    PO Box 790034,    Saint Louis, MO 63179-0034
518768791      +Carneys Point Township Sewerage Authorit,    303 Harding Highway,    Penns Grove, NJ 08069-2248
517743658      +Catherine Aponte, Esq.,    Friedman Vartolo LLP,    85 Broad Street, Suite 501,
                 New York, NY 10004-1734
517743662      +Fay Servicing,    Attn: Bankruptcy Department,    440 S. LaSalle Street, Suite 2000,
                 Chicago, IL 60605-5011
517743663      +Fay Servicing,    PO Box 809441,    Chicago, IL 60680-9441
518318720       Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 753814609
517743665      +Karen Loper,    83 Castle Heights Ave.,    Pennsville, NJ 08070-2201
518768792       New Jersey American Water,    PO Box 371331,    Pittsburgh, PA 15250-7331
517743666       OneMain Financial Group, LLC,    Attn: Bankruptcy Department,    601 N. W. 2nd Street,
                 Chicago, IL 60605
517850117     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517743667      +Salem County Sheriff Department,    Attn: Foreclosure Sheriff Sales,    Re: F-18000387,
                 94 Market Street,    Salem, NJ 08079-1914
517743668       State of NJ Dept. of Treasury,    Division of Taxation,    Attn: Debbie Janowski,    PO Box 190,
                 Trenton, NJ 08695-0190
517753898      +Wilmington Savings Fund Society,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517743670      +Wilmington Savings Fund Society,    D/B/A Christiana Trust/Citigroup Mtg,
                 388 Greenwich St., 14th Floor,    New York, NY 10013-2362
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: sdhteamlaw@outlook.com Mar 19 2020 23:56:01     S. Daniel Hutchison,
                 Law Office of S. Daniel Hutchison,    135 North Broad St.,    Woodbury, NJ  08096
tr             +EDI: QJDMARCHAND.COM Mar 20 2020 03:28:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2020 23:58:38     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2020 23:58:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517743657      +EDI: CAPITALONE.COM Mar 20 2020 03:28:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517824160       EDI: CAPITALONE.COM Mar 20 2020 03:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517743660      +EDI: WFNNB.COM Mar 20 2020 03:28:00      Comenity Bank - Boscovs,    Attn: Bankruptcy Department,
                 PO Box 182125,    Columbus, OH 43218-2125
517743661       E-mail/PDF: creditonebknotifications@resurgent.com Mar 20 2020 00:09:55      Credit One Bank,
                 Attn: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV 89193-8873
517743664       EDI: IRS.COM Mar 20 2020 03:28:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114
517865631       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2020 00:07:38
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517768003      +EDI: AGFINANCE.COM Mar 20 2020 03:28:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
517873056       EDI: PRA.COM Mar 20 2020 03:28:00      Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                 POB 41067,    Norfolk VA 23541
517851754       EDI: PRA.COM Mar 20 2020 03:28:00      Portfolio Recovery Associates, LLC,    c/o H H Gregg,
                 POB 41067,    Norfolk VA 23541
517859148       EDI: Q3G.COM Mar 20 2020 03:28:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517746058      +EDI: RMSC.COM Mar 20 2020 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517743669       EDI: RMSC.COM Mar 20 2020 03:28:00      Synchrony Bank - HH Gregg,    Attn: Bankruptcy Department,
                 PO Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 16
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517867909       WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    Fay Servicing, LLC,
                 3000 Kellway Drive Suite 150 Carrollton,
517873577*     +Karen Loper,    83 Castle Heights Avenue,    Pennsville, NJ 08070-2201
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Mar 19, 2020
                              Form ID: 309A              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0