UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Donald Painter, Jr.

Case No.: 18-27906/ABA
Chapter: 7
Judge: ABA

**NOTICE OF PROPOSED ABANDONMENT**

___JOSEPH D. MARCHAND___, ___TRUSTEE___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___August 11, 2020___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
277 Logwood Avenue
Carney's Point, NJ
FMV - $130,000.00

Liens on property:
Fay Services - $219,380.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                           United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 18-27906-ABA
Donald K. Painter, Jr.                                            Chapter 7
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 2             Date Rcvd: Jul 13, 2020
                              Form ID: pdf905           Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2020.
db             +Donald K. Painter, Jr.,    109 Rutgers Road,    Pennsville, NJ 08070-3140
aty            +Catherine Aponte,    85 Broad Street,    Suite 501,    New York, NY 10004-1734
lm             +Fay Servicing,    440 S. La Salle,    St #2000,    Chicago, IL 60605-5011
517743659      +CBNA/Citibank,    Attn: Bankruptcy Department,    PO Box 790034,    Saint Louis, MO 63179-0034
518768791      +Carneys Point Township Sewerage Authorit,    303 Harding Highway,    Penns Grove, NJ 08069-2248
517743658      +Catherine Aponte, Esq.,    Friedman Vartolo LLP,    85 Broad Street, Suite 501,
                New York, NY 10004-1734
517743662      +Fay Servicing,    Attn: Bankruptcy Department,    440 S. LaSalle Street, Suite 2000,
                Chicago, IL 60605-5011
517743663      +Fay Servicing,    PO Box 809441,    Chicago, IL 60680-9441
518318720       Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 753814609
517743665     #+Karen Loper,    83 Castle Heights Ave.,    Pennsville, NJ 08070-2201
518768792       New Jersey American Water,    PO Box 371331,    Pittsburgh, PA 15250-7331
517743666       OneMain Financial Group, LLC,    Attn: Bankruptcy Department,    601 N. W. 2nd Street,
                Chicago, IL 60605
517850117     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517743667      +Salem County Sheriff Department,    Attn: Foreclosure Sheriff Sales,    Re: F-18000387,
                94 Market Street,    Salem, NJ 08079-1914
517743668       State of NJ Dept. of Treasury,    Division of Taxation,    Attn: Debbie Janowski,    PO Box 190,
                Trenton, NJ 08695-0190
517753898      +Wilmington Savings Fund Society,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517743670      +Wilmington Savings Fund Society,    D/B/A Christiana Trust/Citigroup Mtg,
                388 Greenwich St., 14th Floor,    New York, NY 10013-2362

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2020 00:19:29      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2020 00:19:27      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517743657      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2020 00:23:39      Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
517824160       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2020 00:23:10
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517743660      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 14 2020 00:19:18      Comenity Bank - Boscovs,
                Attn: Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
517743661       E-mail/PDF: creditonebknotifications@resurgent.com Jul 14 2020 00:23:43      Credit One Bank,
                Attn: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV 89193-8873
517743664       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 14 2020 00:19:05      Internal Revenue Service,
                PO Box 21126,    Philadelphia, PA 19114
517865631       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 14 2020 00:23:48
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517768003      +E-mail/PDF: cbp@onemainfinancial.com Jul 14 2020 00:23:35      OneMain,    PO Box 3251,
                Evansville, IN 47731-3251
517873056       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2020 00:23:12
                Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
517851754       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2020 00:24:17
                Portfolio Recovery Associates, LLC,    c/o H H Gregg,    POB 41067,    Norfolk VA 23541
517859148       E-mail/Text: bnc-quantum@quantum3group.com Jul 14 2020 00:19:23
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
517746058      +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 00:23:05      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517743669       E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 00:23:05      Synchrony Bank - HH Gregg,
                Attn: Bankruptcy Department,    PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517867909       WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    Fay Servicing, LLC,
                3000 Kellway Drive Suite 150 Carrollton,
cr*            +Wilmington Savings Fund Society,    Robertson, Anschutz & Schneid P.L.,   6409 Congress Ave.,
                Suite 100,    Boca Raton, FL 33487-2853
517873577*     +Karen Loper,    83 Castle Heights Avenue,    Pennsville, NJ 08070-2201
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1              User: admin                Page 2 of 2                  Date Rcvd: Jul 13, 2020
                                  Form ID: pdf905            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana
               Trust, Not in its Individual Capacity, but Solely as Indenture Trustee of Citigroup Mortgage
               Loan Trust 2015-RP2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Wilmington Savings Fund Society hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Melissa N. Licker    on behalf of Creditor    Wilmington Savings Fund Society
               NJ_ECF_Notices@mccalla.com,    mccallaecf@ecf.courtdrive.com
              S. Daniel Hutchison    on behalf of Debtor Donald K. Painter, Jr. sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7